## FIRST DEPARTMENT, JUNE, 1922.

COHEN, GOLDMAN & CO., INC., Respondent, *v.* CAROLINE ELLMANN, Appellant.

*Appeal — orders appealable — order granting summary judgment on default not appealable — appeal dismissed.*

Motion to dismiss an appeal from an order granting the plaintiff's motion for summary judgment.

PER CURIAM: The court at Special Term disregarded, as it was bound to do, the application so far as it was "for an order directing the signing of the order heretofore submitted to Mr. Justice Hotchkiss," and granted the alternative relief demanded for summary judgment, as upon an original motion therefor. As it appears on the face of the order appealed from, and the fact is admitted, that such motion was not opposed at Special Term, the motion to dismiss the appeal therefrom should be granted, but without costs and without prejudice to a motion by the defendant to open default. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ. Motion to dismiss appeal granted, without costs and without prejudice to a motion to open default.

---

ALEXANDER HORBACHEWSKI, Respondent, *v.* ANTON MIKULSKI, Appellant.

*Arrest — order vacated when affidavits on which order granted were copies of those used in another action not between same parties.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office March 13, 1922, denying the defendant's motion to vacate an order for his arrest.

PER CURIAM: The order should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, upon the ground that the alleged affidavit of Anna Zawadzka attached to the moving papers, upon which the order of arrest was procured, the facts stated in which were essential to the issuance of said order as proof of plaintiff's cause of action, is a copy of an affidavit purporting to have been made in another action not between the same parties, and the original thereof was not produced or referred to on the application for the order of arrest, nor was the fact in any way disclosed that said copy was one of any original claimed to be on file. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.